1
2
3
4
5
6
7
8
9  UNITED STATES DISTRICT COURT
10  FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  ABEL REYES,                              1:10-CV-00533 AWI GSA HC
13          Petitioner,
14      vs.                                  ORDER OF TRANSFER
15  HEADPASS, Warden,
16          Respondent.
17  _____/
18      Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus
19  pursuant to 28 U.S.C. § 2254.
20      The federal venue statute requires that a civil action, other than one based on diversity
21  jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants
22  reside in the same state, (2) a judicial district in which a substantial part of the events or omissions
23  giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is
24  situated, or  (3) a judicial district in which any defendant may be found, if there is no district in which
25  the action may otherwise be brought." 28 U.S.C. § 1391(b).
26      In this case, Petitioner is challenging the loss of times credits due to a guilty finding in a prison
27  disciplinary proceeding.  Where "the petition is directed to the manner in which a sentence is being
28  executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable

1 forum." Meador v. Cal. Dept. of Corr., 2003 WL 21910917 *1 (N.D.Cal.), *citing* Dunne v. Henman, 875
2 F.2d 244, 249 (9th Cir.1989); Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 497 (1973); In re
3 Phelon, 2002 WL 31618536, *1 (N.D. Cal.); Thomas v. Hepburn, 2001 WL 505916, *1 (N.D.Cal.);
4 McKnight v. Forman, 1997 WL 50267, *1 (N.D. Cal.). Petitioner is incarcerated at Salinas Valley State
5 Prison in Soledad, California, which is within the jurisdictional boundaries of the Northern District of
6 California. See 28 U.S.C. § 84(b). Therefore, in the interest of justice the petition will be transferred to
7 the United States District Court for the Northern District of California. 28 U.S.C. §§ 1404(a) and
8 2241(d).

9      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States
10 District Court for the Northern District of California.

12      IT IS SO ORDERED.

13      Dated:   **April 21, 2010**          /s/ **Gary S. Austin**
                                                                   UNITED STATES MAGISTRATE JUDGE